Cite as 2021 Ark. 6

# SUPREME COURT OF ARKANSAS

IN RE ARKANSAS SUPREME
COURT COMMITTEE ON MODEL
JURY INSTRUCTIONS – CIVIL

**Opinion Delivered:** January 21, 2021

## PER CURIAM

Jamie Jones, Esq., of Little Rock and the Honorable Robert Gibson III of Crossett are reappointed to the Arkansas Supreme Court Committee on Model Jury Instructions – Civil for three-year terms to expire on September 30, 2023. The Court thanks Ms. Jones and Judge Gibson for their willingness to continue to serve on this important committee.

Chip Sexton, Esq., of Fort Smith and Stuart Miller, Esq., of Rogers are appointed to the Arkansas Supreme Court Committee on Model Jury Instructions – Civil for three-year terms to expire on September 30, 2023. The Court extends its appreciation to these new members for their willingness to serve.

Professor Alan Trammell of Fayetteville, who has served as the reporter for the committee since 2017, has resigned, as he is moving out of state. Professor Trammell provided valuable service to the committee. He will be greatly missed, and the Court wishes him continued success. Professor Will Foster of Fayetteville will serve as the reporter, and the Court thanks him for undertaking this important role.

The Court also expresses its gratitude to Sean Keith, Esq., of Rogers and the Honorable Dion Wilson of West Helena, whose terms have expired, for their years of valuable committee service.